MHN

RECEIVED
MAR 2 6 2010 gew
3-26-2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Germin Sims

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Cermack Health Services / Health Care

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

10 C 0975
Judge Suzanne B. Conlon
Magistrate Judge Arlander Keys

Case No:
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:** SECOND **AMENDED COMPLAINT**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

**I. Plaintiff(s):**

A. Name: Grevmin Sims

B. List all aliases: __________

C. Prisoner identification number: 2009 1016129

D. Place of present confinement: Cook County Jail

E. Address: 2700 S. California Ave Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Cermack Health Services/Care

Title: Health Care

Place of Employment: __________

B. Defendant: __________

Title: __________

Place of Employment: __________

C. Defendant: __________

Title: __________

Place of Employment: __________

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 10 C 0975

B. Approximate date of filing lawsuit: ~~02~~ 01-22-2010

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Gresmin Sims

D. List all defendants: Cermack Health Services/Care

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): United States District Court Northern Dis.

F. Name of judge to whom case was assigned: Judge - Suzanne B. Conlon

G. Basic claim made: ______

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): The Case is Pending

I. Approximate date of disposition: Unknown

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**IV. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

In Summary: While on the living unit I was injured by seriously cutting my foot on a rusty Drain, that was in the middle of the floor. I was sent to the Cermack health care to be taken care of; however, the Doctor(s) did not give me adaquet medical attention. I did not receive a tetanus Shot & also they did not clean my wound Properly. It was Patched up, and assigned me a Prescription for Anti-Botics in which I Did not receive. I again asked for a tetanus Shot and did not receive one. This incident should have been recorded and filed in Health care (Cermack) on 12/21/09

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like for the Court to give guidance in Seeking Monetory Damages in this Claim, for Pain & Sufferimg, and Bodily Harm.

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☒ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 22 day of 03, 2010

[redacted] Germin Sims

(Signature of plaintiff or plaintiffs)

Germin Sims

(Print name)

20091016129

(I.D. Number)

[redacted] Cook County Jail

2700 S. California Ave.

Chicago, IL 60608

(Address)